UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT MAHAFFEY | § |
| | § CIVIL ACTION NO. 4:22-cv-02562 |
| **Plaintiff** | § |
| | § |
| VS. | § |
| | § |
| SAMMY & YOUSAF PROPERTIES, LLC | § |
| | § |
| **Defendant** | § |

## NOTICE OF SETTLEMENT

TO THE HONORABLE U.S. DISTRICT JUDGE:

The Parties wish to inform the Court that the instant case and disputes arising out of the issue in controversy have been settled. Parties are finalizing documents and will submit their dismissal documents within 30 days.

DATED: February 24, 2023           Respectfully,

                                   By:    ***/s/ R. Bruce Tharpe***
                                          R. Bruce Tharpe

                                          **LAW OFFICE OF
                                          R. BRUCE THARPE, PLLC**
                                          PO Box 101
                                          Olmito, TX 78575
                                          (956) 255-5111 (Tel)

                                          ATTORNEY OF RECORD FOR
                                          PLAINTIFF ANTON SCOTT HALEY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Settlement has been forwarded to the Attorney representing the Defendants in this case, by electronic transmission and/or by depositing same in the U.S. mail, postage prepaid, on this 24th day of February, 2023 at the following address:

Mr. Ahson Wali
Wali Law PLLC

2323 South Voss Road, Suite 270
Houston, Texas 77057

                        BY: **_/s/ R. Bruce Tharpe_**
                               R. Bruce Tharpe