United States District Court
Southern District of Texas
**ENTERED**
February 27, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| ROBERT MAHAFFEY, § § | |
| Plaintiff, § § | |
| V. § | CIVIL ACTION NO. H-22-2562 |
| § § | |
| SAMMY & YOUSAF PROPERTIES, LLC, § § | |
| Defendant. § | |

## ORDER

On February 24, 2023, the Plaintiff, Robert Mahaffey, filed a Notice of Settlement (docket no. 19) announcing that a settlement has been reached in this action with Defendant, Sammy & Yousaf Properties, LLC. Accordingly, this action is **DISMISSED** without prejudice to the right of counsel to move for reinstatement within thirty (30) days of entry of this order on presentation of adequate proof that the settlement could not be consummated. All motions currently pending are **DENIED** without prejudice. Any movant seeking to resubmit or reurge those motions must do so within fourteen (14) days from the date any motion for reinstatement is filed.

**SIGNED** at Houston, Texas, on this 27th day of February, 2023.

---
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE